

| | | |
|---|---|---|
| The GrayBar Building | | 1599 Post Road East |
| 420 Lexington Ave., Suite 300 | | Westport, CT 06880 |
| New York, NY 10170 | **Lennon Murphy & Phillips LLC** | (203) 256-8600 – Phone |
| (212) 490-6050 – Phone | ATTORNEYS AT LAW | (203) 255-5700 - Phone |
| (212) 490-6070 - Fax | | (203) 256-8615 – Fax |
| | | (203) 255-5702 - Fax |

April 15, 2020

> Application granted. Conference adjourned to April 17, 2020 at 2:00 P.M. The parties may dial (888) 363-4749 or (215) 446-3662 and use access code 8140049.
> So Ordered.
>
> New York, NY          /s/ John G. Koeltl
> April 15, 2020            John G. Koeltl
>                                    U.S.D.J.

*Filed Via ECF*
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Re:   Traxys North America LLC v. Metal Partners Rebar, LLC,** *et al*
**1:20-cv-02766 (JGK)**

Dear Judge Koeltl,

     We are attorneys for the Plaintiff, Traxys North America LLC ("Traxys"), in the above-referenced action.

     Further to the telephone conference with the court on Monday, April 13th, we write to advise that the parties continue to make progress in negotiations to resolve the issues relating to Traxys's Order to Show Cause (Doc. # 18). Accordingly, with the consent of all counsel, we respectfully request that the further conference scheduled for today at 2:00 p.m. be adjourned to enable the parties to continue to negotiate with the intention to conclude the negotiations by tomorrow, April 16th. Subject to the Court's availability, we further request that the telephone conference be rescheduled for the afternoon of Friday, April 17th.

     We thank the Court for its time and attention to this matter.

Respectfully submitted,

Patrick F. Lennon

PFL/bhs

cc:   All counsel of Record via ECF/email