**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**TRAXYS NORTH AMERICA LLC,**

              Plaintiff,         20-cv-2766 (JGK)

    - against -                 <u>ORDER</u>

**METAL PARTNERS REBAR, LLC, ET AL.,**

              Defendants.
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The conference scheduled for April 17, 2020 at 2:00 P.M. is adjourned sine die. The parties should submit a proposed order with respect to the Order to Show Cause when finalized. The parties should also submit a Rule 26(f) Report and proposed scheduling order within three weeks.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **April 17, 2020**          ____/s/ John G. Koeltl_____
                                                     **John G. Koeltl**
                                       **United States District Judge**