```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**TRAXYS NORTH AMERICA LLC,**

              Plaintiff,          20-cv-2766 (JGK)

    - against -              <u>ORDER</u>

**METAL PARTNERS REBAR, LLC, ET AL.,**

              Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Order to Show Cause (Docket No. 18) is withdrawn. The Clerk is directed to close Docket No. 18.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **May 13, 2020**                     /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                       **United States District Judge**