**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**TRAXYS NORTH AMERICA LLC,**

        Plaintiff,        20-cv-2766 (JGK)

   - against -        <u>ORDER</u>

**METAL PARTNERS REBAR, LLC, ET AL.,**

        Defendants.

---

**JOHN G. KOELTL, District Judge:**

    The time for all defendants to file responsive pleadings is extended to September 11, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **August 5, 2020**         /s/ John G. Koeltl
                                              **John G. Koeltl**
                                  **United States District Judge**