**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────

**TRAXYS NORTH AMERICA LLC,**

           Plaintiff,          20 cv. 2766 (JGK)

    - against -             <u>ORDER</u>

**METAL PARTNERS REBAR, LLC, BGD LV HOLDING, LLC, INTERMETAL REBAR, L.L.C., JOSE CARRERO, JPMORGAN CHASE BANK N.A. and ADR REBAR, LLC,**

           Defendants.
────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The clerk is directed to close Docket Numbers 74, 75, 76, and 77 that relate to the <u>pro hac vice</u> motions. The Court has signed the appropriate <u>pro hac vice</u> motions.

**SO ORDERED.**

**Dated:    New York, New York**
          **August 26, 2020**         ___/s/ John G. Koeltl____
                                                  **John G. Koeltl**
                                      **United States District Judge**