UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————————

TRAXYS NORTH AMERICA LLC,

                Plaintiff,          20 cv 2766 (JGK)

     - against -            ORDER

METAL PARTNERS REBAR, LLC, BGD LV
HOLDING, LLC, INTERMETAL REBAR,
L.L.C., JOSE CARRERO, JPMORGAN
CHASE BANK N.A. and ADR REBAR, LLC,

                Defendants.
—————————————————————————

JOHN G. KOELTL, District Judge:

The parties should provide the Court promptly with any

Order of the Bankruptcy Court approving the transfer of this

action with respect to the debtors to the Bankruptcy Court, or,

if there is no such Order, explain why no such Order is needed.


SO ORDERED.

Dated:    New York, New York
         September 3, 2020         /s/ John G. Koeltl
                          John G. Koeltl
               United States District Judge