**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------

**TRAXYS NORTH AMERICA LLC,**

                Plaintiff,        20 cv 2766 (JGK)

      - against -                ORDER

**METAL PARTNERS REBAR, LLC, BGD LV HOLDING, LLC, INTERMETAL REBAR, L.L.C., JOSE CARRERO, JPMORGAN CHASE BANK N.A. and ADR REBAR, LLC,**

                Defendants.
---------------------------------

**JOHN G. KOELTL, District Judge:**

    The time for the defendants to respond to the complaint is stayed pending further order of the District Court for the Bankruptcy Court for the District of Nevada.

**SO ORDERED.**

**Dated:    New York, New York**
          **September 10, 2020**         /s/ John G. Koeltl
                                                      **John G. Koeltl**
                                      **United States District Judge**