**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
――――――――――――――――――――――――――――――

**TRAXYS NORTH AMERICA LLC,**

                Plaintiff,         20 cv 2766 (JGK)

      - against -                  <u>ORDER</u>

**METAL PARTNERS REBAR, LLC, BGD LV HOLDING, LLC, INTERMETAL REBAR, L.L.C., JOSE CARRERO, JPMORGAN CHASE BANK N.A. and ADR REBAR, LLC,**

                Defendants.
――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The Clerk is directed to transfer this case to the District of Nevada for automatic referral to the Bankruptcy Court for the District of Nevada. The Clerk is also directed to close all pending motions.

**SO ORDERED.**

**Dated:    New York, New York**
           **September 10, 2020**              /s/ John G. Koeltl
                                                   **John G. Koeltl**
                                      **United States District Judge**